IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO SELDON, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBERT GIBBS, et al. | : | NO. 11-6392 |

ORDER

AND NOW, this 23rd day of January, 2012, upon consideration of defendant Federal Bureau of Investigation's Motion to Dismiss Plaintiff's Complaint (Docket No. 2), the opposition thereto (Docket No. 4), and the reply thereto (Docket No. 5), and following a telephone conference with the parties on January 6, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that:

1.   The defendant's motion is GRANTED.  The plaintiffs' complaint is dismissed with prejudice as against defendant Federal Bureau of Investigation.

2.   This matter is REMANDED sua sponte to the Court of Common Pleas of Philadelphia County.  The Court declines to make an award of costs and fees under 28 U.S.C. § 1447(c).

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.